1 Tammy Hussin, Esq. (Bar No. 155290)
2 Hussin Law Firm
3 6404 Merlin Drive
  Carlsbad, CA 92011
4 (877) 677-5397
  Attorneys for Plaintiff,
5 Geri Marshall

6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10                     EASTERN DIVISION
11

| 12 | Geri Marshall, | Case No.: 2:14-CV-0004-MCE-CKD |
|---|---|---|
| 13 | Plaintiff, | **NOTICE OF DISMISSAL** |
| 14 | | |
| 15 | vs. | |
| 16 | AT&T, Inc.; Bay Area Credit Services, | |
| 17 | LLC; and DOES 1-10, inclusive | |

18
19 PLEASE TAKE NOTICE that, pursuant to Fed R. Civ. P. 41(a), Plaintiff, Geri
20 Marshall, ("Plaintiff"), dismisses the above-mentioned matter with prejudice with
21 each party bearing their own costs.
22
23      DATED:  January 20, 2015          By:_/s/ Tammy Hussin_____
24                                          Tammy Hussin, Esq.
                                            HUSSIN LAW FIRM
25                                          Attorney for Plaintiff, Geri Marshall
26
27
28 _____
   NOTICE OF DISMISSAL

**CERTIFICATE OF SERVICE**

I, Cine Johnson, declare:

I am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 6404 Merlin Dr., #100, Carlsbad, CA 92011.  On 1/20/2015, I served the following document(s) on the parties in the within action:

**NOTICE OF DISMISSAL**

| | |
|---|---|
| ___ | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Diego, CA, on this date, addressed as follows: |
| _x__ | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's CM/ECF system to the following: |

| | |
|---|---|
| Tracy Daniels<br>tracey.daniels@bayareacredit.com | Bay Area Credit Services |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 20, 2015.

By:*/s/ Cine Johnson*
     Cine Johnson

NOTICE OF DISMISSAL            2